**ARTHUR BARKER v. THE FIRST BANK AND TRUST COMPANY OF PENSACOLA, a banking corporation.**

30 So. (2nd) 381  
May 13, 1947

January Term, 1947  
Special Division A

*Coe & Eggart* and *Philip D. Beall,* for appellant.  
*Watson & Brown,* for appellee.

BUFORD, J.:

Appeal is from judgment on demurrer sustained to amend declaration.

By the amended declaration plaintiff attempted to state a cause of action for breach of contract to sell and convey certain real estate.

The trial court held the allegations of the amended declaration failed to show a completed contract not violative of the statute of frauds.

The judgment should be affirmed on authority of our opinion and judgment in the case of Webster Lumber Co. v. Lincoln, 94 Fla. 1097, 115 So. 498; McCay v. Seaver, 98 Fla. 710, 124 So. 44, and cases there cited.

So ordered.

TERRELL, Acting Chief Justice, BARNS, J., and CHILLINGWORTH, Associate Justice, concur.